UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS JACOBO,<br><br>　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>ROGELIO HERNANDEZ, et al.,<br><br>　　　　　　　　　　　Defendants. | Case No.: 21-cv-01113-JLS-AGS<br><br>**ORDER ON JOINT MOTIONS FOR EXTENSION OF TIME**<br><br><br>**[ECF Nos. 4; 5]** |

　　　　Presently before the Court is Plaintiff and Defendant Rogelio Hernandez's Joint Motion to Extend Time for Defendant Rogelio Hernandez to File Initial Responsive Pleading. (ECF No. 4.) The parties request that the Court grant Defendant Hernandez an additional thirty days to file a responsive pleading to the First Amended Complaint ("FAC") and represent that good cause exists for their requested extension because Defendant Hernandez "only just" retained counsel and needs additional time to prepare the appropriate responsive pleading. (*Id.* at 1.) Additionally, the parties provide that defense counsel will be out of the country for two weeks during the next thirty days. (*Id.*)

　　　　Also before the Court is Plaintiff and Defendant Christian Ayala's Joint Motion to Extend Time for Defendant Christian Ayala to Respond to the FAC. (ECF No. 5.) The parties request that the Court grant Defendant Ayala an additional fourteen days to file a responsive pleading to the FAC. (*Id.* at 2.) The parties represent that good cause exists for

their requested extension because Defendant Ayala "is in the process of obtaining an audio recording" of an interview with Plaintiff that "will confirm that [Defendant] Ayala is not a proper [d]efendant." (*Id.*)  Additionally, the parties provide that they "are working diligently" to identify the proper defendants in this case. (*Id.*)

Good cause appearing, the Court hereby **GRANTS** the parties' joint motions (ECF Nos. 4; 5) and **ORDERS** as follows:

1. Defendant Ayala shall respond to the FAC no later than **October 4, 2021**.
2. Defendant Hernandez shall respond to the FAC no later than **October 20, 2021**.

**IT IS SO ORDERED.**

Dated: September 21, 2021

Hon. Janis L. Sammartino
United States District Judge