# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS JACOBO,<br><br>    Plaintiff,<br><br>v.<br><br>ROGELIO HERNANDEZ;<br>NICHOLAS UHDE; and<br>FRANKIE AVILES,<br><br>    Defendants. | Case No.: 21-CV-1113 JLS (AGS)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS**<br><br>(ECF No. 32) |

Presently before the Court is the Parties' Joint Motion to Dismiss ("Joint Mot.," ECF No. 32). Good cause appearing in light of the settlement of this action, the Court **GRANTS** the Joint Motion and **DISMISSES WITH PREJUDICE** the action. As this concludes the litigation in this matter, the Clerk of the Court **SHALL CLOSE** the file.

**IT IS SO ORDERED.**

Dated: August 19, 2022

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge